# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-  Case No. 2:22-mj-334

**John DuPont**

## COURTROOM MINUTES

| JUDGE: | Kimberly A. Jolson | DATE AND TIME: | June 1, 2023 At 1:30 |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Soumyajit Dutta |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Emily Czerniejewski |
| INTERPRETER: | | Pretrial/Probation | Keisha Rayford |

Initial Appearance on Supervised Release Petition/Warrant filed in the Southern District of New York (New York) case no. 1:19-cr-444

-Dft completed CJA financial affidavit, Counsel appointed.
-Dft advised of rights, charges, and potential penalties
-Dft released on previously imposed conditions of release and ordered to report to the Southern District of New York Probation Office by June 6, 2023
-Dft waived right to preliminary revocation hearing in the Southern District of Ohio
-Government advised of Due Process Protections Act Order